

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Reply to Northern Division Address                                                    Elizabeth B. Snowden, Chief Deputy

December 13, 2012

United Stated District Court for Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

   Re: Oquendo vs. NCO Financial Systems, Inc.
     Civil Action No.:  JFM 8:12 cv 3508

Dear Clerk:

☒ On December 13, 2012, an Order was filed transferring the above-captioned case to your Court.  Enclosed is a certified copy of the Order and docket entries

☐ On Click here to enter a date., an Order was filed accepting jurisdiction by your court in this case.  Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

☐ Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

Thank you for your cooperation and courtesy in this matter.

     Sincerely,

     Felicia C. Cannon, Clerk

    By: _____/s/_____
      A.Otto, Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov